

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable William J. Lawson
Secretary of State
Austin, Texas

Dear Sir:                    Attention:  Mr. Abner L. Lewis

Opinion No. O-4406
Re:  Corporations - Section 2 of Arti-
cle 1302, V. A. C. S. - Proposed
charter of Good Government Forum
of Dallas should be refused by
you.

Your request for opinion has been received and care-
fully considered by this department.  We quote from your request
as follows:

"We are forwarding you herein the file of
'The Good Government Forum' of Dallas and direct
your attention to the form of charter first sub-
mitted to this Department.  After submission of
the first charter we enclosed to Mr. Somerville
of Dallas a questionnaire prepared by this De-
partment for the reason that in our judgment
the purposes outlined in the first charter were
not authorized by the Statute.  The answer of the
questionnaire does not state, in our judgment,
a purpose authorized by the Statute.

"They have submitted to us a new charter
which we also enclose with a purpose clause which
seems to us to be ambiguous and is somewhat dif-
ferent from the original purpose clause of the
charter first sent us for approval.

"We are submitting the entire file to you and
request an opinion from your department as to whe-
ther or not the purposes stated in this last charter
sent us for approval come within the authorized pur-
poses indicated by Section 2 of Article 1302 of the
Revised Civil Statutes, 1925."

Section II of the last mentioned application for charter, dated May 18, 1942, reads as follows:

"The purpose for which it is formed is the gratuitous improvement of spiritual, mental, social and physical condition of men and women, by the maintenance of lectures, gymnasiums, recreational grounds and social meetings, as authorized by subdivision 2 of article 1302 of the Texas Revised Civil Statutes of 1925."

Under the authorities cited in opinions Nos. O-3991 and O-2905, copies of which are enclosed herewith for your information, it is our opinion that such proposed charter should be refused by you.

We return herewith your file in the matter which you sent us.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:GO

ENCLOSURES

APPROVED MAY 28, 1942

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN